IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAVARISS DAVIS ,

   Plaintiff,

v.   CASE NO. 4:11-cv-00149-MP-WCS

ELISE BLAIR, JUDGE STEPHEN MURPHY, TIMOTHY MURPHY,

   Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.  Plaintiff has not objected to the recommendation, and the time for doing so has passed.  Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 6, is ACCEPTED and incorporated herein.

2. Plaintiff's Complaint, Doc. 1, is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE AND ORDERED** this  *29th* day of June, 2011

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge